[No. 22271-6-I. Division One. August 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. EDDIE RAY WRIGHT, *Defendant,* PAUL WILLIAM PETTY, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 87–1–04598–2, Anthony P. Wartnik, J., entered August 18, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, J., Baker, J., dissenting.